US DISTRICT COURT
WESTERN DIST ARKANSAS
**FILED**
02/21/2019

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>Robert Blackstead<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 6:19-MJ-6001<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Jan 25, Feb 6, & Feb 20, 2019__ in the county of __Garland__ in the __Western__ District of __Arkansas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a) | Possession with intent to Distribute a Controlled Substance (methamphetamine) |
| 18 USC 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Roger W. Danner, HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 02/21/2019

_Judge's signature_

City and state: Texarkana, Arkansas

Barry Bryant, U.S. Magistrate Judge
_Printed name and title_

## Complaint Affidavit

1. In January 2019, HSI Little Rock, members of the 18th Judicial District East Drug Task Force (18th JEDTF), and members of the Garland County Sheriff's Office in Hot Springs, Arkansas received intelligence from numerous sources concerning alleged illicit methamphetamine distribution activities and firearms violations being conducted by a subject identified as Robert BLACKSTEAD. To corroborate this intelligence, a total of three (3) controlled purchases of methamphetamine from BLACKSTEAD were conducted by members of the 18th JEDTF in the Western District of Arkansas by utilizing a cooperating source (CS), The first purchase was conducted on January 25, 2019, and the other two controlled purchases were conducted on February 6, 2019.

2. In summary, the video/audio captured by the CS during these 3 purchases, along with the subsequent servicing of an Arkansas state search warrant at BLACKSTEAD's residence on February 20, 2019, corroborated BLACKSTEAD was involved in the illicit distribution of methamphetamine and the possession of firearms in violation of federal law.

3. During investigator review of audio/video captured by the CS during the initial controlled purchase on January 25, 2019, the CS can be seen counting currency in the presence of a subject positively identified by investigators as Robert BLACKSTEAD. The CS can be heard telling BLACKSTEAD how much money it was. The CS can also be heard advising BLACKSTEAD the CS wanted to buy one ounce of methamphetamine.  Soon after, a plastic bag with a white crystalline substance inside, consistent with methamphetamine, can be seen landing on the CI's lap as if thrown there by BLACKSTEAD. The CI can be seen still counting currency when this occurred. BLACKSTEAD can be heard reassuring the CS the methamphetamine would weigh one ounce and scales to weigh it were unnecessary. The CS can be seen appearing to hand U.S. currency to BLACKSTEAD. After the purchase, a white crystalline substance weighing 29.7 grams was retrieved from the CS by investigators.  The substance field tested positive for methamphetamine.  The CS stated the methamphetamine was received directly from BLACKSTEAD in exchange for purchase money.  The CS verified to investigators the bag containing the methamphetamine was thrown onto the CS's lap by BLACKSTEAD.

4. During investigator review of audio/video captured by the CS during the second controlled purchase on February 6, 2019, BLACKSTEAD could be heard asking if the CS had any scales to weigh the bag he had, as he wasn't sure how much it was, only that he knew it wasn't a whole ounce. After the CS told BLACKSTEAD there were no scales available, BLACKSTEAD can be heard asking the CS to bring him the bag containing the methamphetamine (the CS later advised investigators BLACKSTEAD had previously laid down the bag in the immediate area). Moments later, BLACKSTEAD can be seen directly handling a plastic bag containing a white substance

consistent with crystal methamphetamine. Afterwards, BLACKSTEAD can be heard quoting a price for the methamphetamine to the CS. The CS can be heard agreeing to the price. After the purchase, a white crystalline substance in a plastic bag was retrieved from the CS & seized by investigators. The substance weighed 12.3 grams   A field test of the substance was positive for crystal methamphetamine. The CS stated the methamphetamine was received directly from BLACKSTEAD in exchange for money.

5. During investigator review of audio/video captured by the CS during the third controlled purchase (also conducted on February 6, 2019), BLACKSTEAD can be heard telling the CS he had already weighed the methamphetamine he was going to sell the CS (the CS later advised investigators BLACKSTEAD threw 2 bags containing methamphetamine at the CS just prior to him making the claim of already weighing it). The CS advised BLACKSTEAD he/she was going to weigh the bags anyway with a set of digital scales. After weighing the bags on the scales, the CS can be heard telling BLACKSTEAD the bags didn't weigh enough. BLACKSTEAD then advised the CS the weight of the bags was in fact correct. At this time, two plastic bags containing a white substance consistent with methamphetamine could be seen in the immediate area between BLACKSTEAD and the CS while this argument was ensuing. Later, BLACKSTEAD can be heard confirming to the CS the cost of the 2 bags. The CS can be heard agreeing to the quoted price. Moments later, BLACKSTEAD can be seen with U.S. currency in his hand. After the purchase, two plastic bags containing a white crystalline substance weighing 22.3 grams was retrieved from the CS by investigators. The substance field tested positive for methamphetamine. The CS stated the methamphetamine was received directly from BLACKSTEAD in exchange for purchase money. The CS verified the bags containing the methamphetamine were thrown at the CS's by BLACKSTEAD upon making initial contact with him

6. After making these controlled purchases, investigators applied for and were granted an Arkansas state search warrant for BLACKSTEAD's residence located in the Western District of Arkansas. Investigators also received an Arkansas state arrest warrant for BLACKSTEAD. While servicing the search & arrest warrant at BLACKSTEAD's residence on February 20, 2019, BLACKSTEAD was discovered inside the home. Subsequently, several items were seized from inside in conjunction with a hand search. Amongst these items were a total of 43.1 grams of a substance which field tested positive for crystal methamphetamine, digital scales, and three (3) handguns. The handguns included a SCCY .9mm pistol, a Harrington and Richardson .32 caliber pistol, and a Browning .22 caliber pistol. It should be noted the .9mm handgun was accessible and in plain view to BLACKSTEAD, as the weapon was lying on the top of a dresser inside the bedroom being slept in by BLACKSTEAD upon servicing of the warrant. Furthermore, in this same bedroom where the .9mm handgun was discovered, an amount of methamphetamine was discovered as well. This methamphetamine was in plain view and accessible to BLACKSTEAD as well.

7. Records checks have revealed BLACKSTEAD is a convicted felon and is prohibited by federal law from possessing firearms. Investigator research also revealed none of the 3 firearms found appear to be manufactured in the state of Arkansas, therefore effecting interstate commerce.

Special Agent Roger W. Danner
Homeland Security Investigations

Sworn to before me and signed in my presence
Date: 02/21/2019
City and State: Texarkana, Arkansas

Barry Bryant, U.S. Magistrate Judge